UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PUMMILL, JR., et al.,

Plaintiffs,

v.

ABYGAIL CARRERA, et al.,

Defendants.

Case No. 26-cv-12949

Honorable Robert J. White

**EX PARTE ORDER FOR SUBSTITUTED SERVICE AND EXTENSION OF SUMMONS ON DEFENDANT ABYGAIL CARRERA**

This matter having come before the Court on request of Plaintiffs' counsel and there being a showing that Defendant, ABYGAIL CARRERA, is avoiding service of process by the Postal Check and Affidavit of Attempted Service being attached hereto and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that service of process be perfected by Posting, 1st Class Mailing, and Certified Mailing, Return Receipt requested, with Restricted Delivery, on Defendant, ABYGAIL CARRERA, at the following address:

- 327 Delaware Street, Unit A, Houston, TX 77029

IT IS FURTHER ORDERED that the Summons in this matter as to Defendant ABYGAIL CARRERA, be extended ninety (90) days from November 17, 2026, to February 15, 2027.

SO ORDERED.

Dated: October 8, 2026

s/Robert J. White
Robert J. White
United States District Judge